CITY OF ST. LOUIS v. HARRY YOUNG and HENRY HENNING; HENRY HENNING, Appellant.

## (No. 2.)

**Division One, June 1, 1911.**

Appeal from St. Louis Court of Criminal Correction. —*Hon. Wilson A. Taylor,* Judge.

AFFIRMED.

BROWN, C.—The record in this case is substantially the same as in the case of City of St. Louis v. Harry Young and Henry Henning, reported at page 44 of this Report, with which it was submitted, and, for the reasons stated in that case, the judgment of the Court of Criminal Correction is affirmed. *Blair, C.,* concurs.

PER CURIAM. — The foregoing opinion of BROWN, C., is adopted as the opinion of the court. All the judges concur.